PROB 35                                                               Report and Order Terminating Probation /
(Rev. 5/01)                                                      Supervised Release
                                                                               Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION



UNITED STATES OF AMERICA

V.                                                     Crim. No. 200-00040-003

Stevie Williams

      On October 31, 2002, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Stevie Williams be discharged from supervised release.

                                              Respectfully submitted,

                                              David M. Haga
                                              U.S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

      Dated this _____ day of August, 2006.

                                                Judge, U.S. District Court