PROB 35　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation /
(Rev. 5/01)　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2006 OCT 26  A 10: 44

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　　　　　Crim. No. CR200-00040-002

Robin Williams

　　　On October 10, 2002, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robin Williams be discharged from supervised release.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Thomas Plumley
　　　　　　　　　　　　　　　　　　　　　　U. S. Probation Officer

## ORDER OF THE COURT

　　　Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

　　　Dated this _____26_____ day of October, 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge, U. S. District Court

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

SAVANNAH

# MEMORANDUM

DATE:      October 25, 2006

TO:        Honorable Anthony A. Alaimo
           Judge, U. S. District Court

FROM:      Thomas Plumley
           U. S. Probation Officer

RE:        Robin Williams
           CR200-00040-002
           Brunswick Division
           Represented by: F. David McCrea
           **EARLY TERMINATION REQUEST**

On February 7, 2001, Robin Williams appeared before Your Honor and was sentenced for the offense of conspiracy to manufacture and possess with intent to distribute marihuana, in violation of 21 U.S.C. § 846. Williams was sentenced to twenty-seven months imprisonment to be followed by five years supervised release with special conditions that he participate in a program of testing for drug and alcohol abuse, and complete 250 hours of community service during the first 18 months of supervised release. He was also ordered to pay a special assessment of $100. On December 12, 2001, the Court reduced the defendant's sentence to twenty-one months custody based on a Rule 35(b) motion.

On October 10, 2002, the offender's five-year term of supervised release commenced. After being released from imprisonment, Williams worked at East Coast Terminal in Savannah and lived in Guyton, Georgia, with friends. Williams has since relocated back to Alma, Georgia, where he lives with his parents, James and Judy Williams. Since moving back to Alma, the offender has been employed by SKF Contractors, which is based out of St. Petersburg, Florida. Williams primarily works electrical outages in areas that have been damaged by storms. His income varies; however, he earns an average of $3,000 per month.

Honorable Anthony A. Alaimo
RE: WILLIAMS, Robin
Dkt. No. CR200-00040-002
October 25, 2006
Page 2

Williams has adjusted well to supervised release and has satisfied all conditions of supervision. He completed his community service on April 4, 2004, and all urinalyses have returned negative for drugs. He has always maintained full-time employment and has received the full benefits of supervised release.

In light of the above-named offender's adjustment to supervision, the U. S. Probation Office respectfully recommends that the Court early terminate his supervision. Should the Court concur with this recommendation, an order terminating the offender's supervision is attached for the Court's signature.

As per Rule 32.1(b), the U.S. Attorney's Office has been contacted and Assistant U.S. Attorney Joseph Newman is not opposed to this early termination.


Reviewed by:

Stephen C. Gray
Supervisory U. S. Probation Officer


Richard A. Long
Chief U. S. Probation Officer


TP/mlw

Attachment